# United States Court of Appeals
## For the First Circuit

No. 07-2196

ASOCIACIÓN DE PERIODISTAS DE PUERTO RICO, Puerto Rico
Journalists Association; OVERSEAS PRESS CLUB OF PUERTO RICO;
NORMANDO VALENTÍN, individual capacity and on behalf of his
respective Conjugal partnership; VÍCTOR SÁNCHEZ, individual
capacity and on behalf of his respective Conjugal Partnership;
JOEL LAGO-ROMÁN, individual capacity and on behalf of his
respective Conjugal Partnership; COSSETTE DONALDS-BROWN,
individual capacity and on behalf of her respective Conjugal
Partnership; VÍCTOR FERNÁNDEZ, individual capacity and on
behalf of his respective Conjugal Partnership; ANNETTE ÁLVAREZ,
individual capacity and on behalf of her respective
Conjugal Partnership,

Plaintiffs, Appellants,

v.

ROBERT MUELLER, in his official capacity as Director of the
Federal Bureau of Investigation; TEN UNKNOWN AGENTS OF THE
FEDERAL BUREAU OF INVESTIGATION, individually and in their
official capacity and on behalf of their Conjugal Partnership;
AGENT KEITH BYER, individually and in his official capacity and
on behalf of his Conjugal Partnership; AGENT LUIS S. FRATICELLI,
individually and in his official capacity and on behalf of his
Conjugal Partnership; AGENT JOSÉ FIGUEROA-SANCHA, individually
and in his official capacity and on behalf of his
Conjugal Partnership,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on June 18, 2008, is amended
as follows:

On p. 14, line 16: between "While" and "still" insert "this
plaintiff was".